UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Michael Gendusa** | § | DOCKET NO. 2:23-cv- 2863 |
| | § | |
| **Versus** | § | |
| | § | JUDGE Nannette Jolivette Brown |
| **Dover Bay Specialty Insurance Company** | § | |
| | § | |
| | § | MAGISTRATE Janis van Meerveld |
| | § | |

## MOTION TO ENROLL AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Michael Gendusa, (hereinafter referred to as "Plaintiff"), who respectfully submits the following Motion to Enroll and Substitute as Counsel of Record as follows:

Plaintiff desires to withdraw attorney Chinwe Ndidi Onynekwu as counsel of record. Ms. Onynekwu is no longer employed by the Galindo Law Firm. Attorney Onynekwu has removed the Galindo Law Firm's access from her Pacer account for filing purposes but has simultaneously requested that the Galindo Law Firm to remove her from all Galindo Law Firm cases. Plaintiff additionally request that all emails associated with Ms. Onynekwu be removed from all future court notices. Email: chewa.o@gmail.com and conyenekwu@browngreer.com.

Plaintiff further requests that this Honorable Court enter an order enrolling Attorney Dory Tarver as lead counsel and Mike Harris as additional counsel on behalf of the Galindo Law Firm, in the above-captioned matter. Attorney Harris and Dory Tarver are members of the Louisiana State Bar, and whose membership with the United States District Court, Eastern District of Louisiana, are in good standing.

**WHEREFORE,** Plaintiff, Michael Gendusa, prays that this Honorable Court grant

Plaintiff's Motion to Enroll and Substitute as Counsel of Record, by withdrawing Chinwe Ndidi Onyenekwu and enrolling Mike Harris and Dory Tarver, for Plaintiff. Accordingly, Counsel further requests that upon granting of this Motion that all pleadings, papers, and other documents be served on Dory Tarver at the following e-mail address: mike@galindolaw.com dory@galindolaw.com and Louisiana@galindolaw.com.

                              Respectfully Submitted,

                              *Dory Tarver*
                              Dory Tarver
                              Louisiana Bar No. 29714
                              dory@galindolaw.com

                              *Mike Harris*
                              Mike Harris
                              Louisiana Bar No. 33176
                              mike@galindolaw.com

                              *[signature]*
                              Chinwe Onyenekwu
                              Louisiana Bar No. 34013
                              chewa@galindolaw.com
                              Galindo Law Firm
                              3850 North Causeway Blvd. Ste. 1520
                              Metairie, Louisiana 70002
                              Ph. 71 3-228-3030
                              Fax 713-228-3003
                              Email: hurricane@galindolaw.com
                              **ATTORNEYS FOR THE PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff has been notified of all deadlines and pending court

appearances, and the foregoing pleading has been delivered to Plaintiff via certified mail, and counsels of record, through the CM/ECF system, depositing a copy of same in the United States mail, first-class postage prepaid, by hand delivery, email, or by facsimile transmission, this April 17, 2024.

                                          */s/ Mike Harris*
                                           Mike Harris