UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL GENDUSA** | § | Docket No. 2:23-cv-02863 |
| | § | |
| **Versus** | § | Judge: Milazzo |
| | § | |
| **DOVER BAY SPECIALTY INSURANCE COMPANY** | § | Magistrate Judge: VAN MEERVELD |

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Michael Gendusa, who moves this Honorable Court for an order allowing Brian J. Houghtaling, of the Houghtaling Law Firm, LLC, to enroll as additional counsel of record for Plaintiff.

Respectfully submitted,
**GALINDO LAW FIRM**

*s/Mark Ladd*
Mark Ladd, Bar No. 30847
Two Lakeway
3850 N. Causeway Blvd., Ste. 1520
Metairie, LA 70002
Telephone:	(713) 228-3030
Facsimile:	(713) 228-3003
mark@galindolaw.com
ATTORNEY FOR PLAINTIFF

And

**HOUGHTALING LAW FIRM LLC**

_____
Brian J. Houghtaling, Bar No. 30258
3850 N. Causeway Blvd., Suite 1090
Metairie, LA 70002
Telephone:	(504) 901-6767
Facsimile:	(877) 448-5339
Brian@houghtalinglaw.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served on all counsel of record via CM/ECF this 24th day of April 2024.

> *s/Mark Ladd*
> MARK LADD, Bar No. 3084