UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL GENDUSA | CIVIL ACTION |
| VERSUS | NO. 23-2863 |
| DOVER BAY SPECIALTY INSURANCE COMPANY, INC. | SECTION "O" |

# ORDER

**IT IS ORDERED** that the motion[1] of Plaintiff Michael Gendusa to enroll additional counsel is **GRANTED**. Brian J. Houghtaling is enrolled as additional counsel of record for Plaintiff Michael Gendusa.

New Orleans, Louisiana, this 25th day of April, 2024.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 14.